AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

LESLIE R. BAER,

                      Plaintiff,

                                      JUDGMENT IN A CIVIL CASE

                      v.

JOHN SCHROEDER,

                                      CASE NUMBER: CV-11-3049-EFS

                    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Defendant's Motion for Summary Judgment entered on September 26, 2011, ECF No. 20, judgment is entered in favor of Defendant with prejudice.

| | |
|---|---|
| September 26, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |